IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 08-177 (RMC) |
| ) | |
| DAVID M. HONBO, ) | 41 U.S.C. § 423(a), (e)(1)(B) |
| ) | |
| Defendant. ) | |
| ) | |

**FILED**
JUL 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**STATEMENT OF FACTS**

The United States of America, by and through its undersigned attorneys within the United States Department of Justice, Criminal Division, Public Integrity Section, and the Defendant, DAVID M. HONBO, personally and through his undersigned counsel, hereby stipulate to the following facts pursuant to United States Sentencing Guidelines § 6A1.1 and Rule 32(c)(1) of the Federal Rules of Criminal Procedure, that on or about August 30, 2006, in Seoul, South Korea and elsewhere:

1. Defendant DAVID M. HONBO was a civilian employee and official of the United States Army Corps of Engineers, a component of the United States Department of Defense, which is an agency of the United States government.

2. Defendant HONBO was assigned to the Army Corps of Engineers Far East District, and he was stationed in Seoul, South Korea. He worked as a Quality Management Representative, where he was responsible for quality management systems and special projects. As part of his official duties, defendant HONBO participated in issuing and executing U.S. government contracts.



3. In or about 2006, defendant HONBO worked on a U.S. government contract to relocate the U.S. Army base in Yongsan, South Korea (the "Yongsan contract"). For this contract, which was part of the Yongsan Base Relocation Program, defendant HONBO served as the project manager and wrote the scope of work.

4. In or about 2006, the Corps of Engineers issued the Yongsan Base Relocation Program Consortium Joint Solicitation Request for Qualifications. This request for qualifications (the "Yongsan RFQ") asked potential bidders to submit their qualifications to bid on the Yongsan contract.

5. Company A was an American corporation that, as part of a joint consortium, submitted their qualifications in response to the Yongsan RFQ.

6. In order to evaluate the responses to the Yongsan RFQ, the Corps of Engineers designated a selection board, which evaluated the submitted qualifications and determined which companies would be allowed to submit bid proposals to the Corps of Engineers.

7. Defendant HONBO served as the recorder and project manager of the selection board for the Yongsan RFQ. By virtue of his office, HONBO had access to source selection information, as well as contractor bid and proposal information.

8. In or about August 2006, the selection board met to evaluate the qualifications submitted in response to the Yongsan RFQ. Defendant HONBO took notes of the board's comments and evaluations, and on or about August 18, 2006, he prepared a written document entitled "Memorandum for Record" that memorialized these comments and



evaluations. Defendant HONBO knew this memorandum contained source selection and procurement sensitive information related to the Yongsan contract.

9. On or about August 30, 2006, defendant HONBO gave a copy of the "Memorandum for Record" to Person A, a former colleague of HONBO who was working as a contractor for Company A. This disclosure was made before the award of the contract. Defendant HONBO disclosed this information in order to give Person A and Company A a competitive advantage in the award of the contract.

10. On or about March 8, 2008, defendant HONBO was interviewed by agents from the U.S. Army Criminal Investigation Division (CID). HONBO denied releasing any source selection information to Person A or anyone else.

11. On or about March 17, 2008, defendant HONBO voluntarily contacted the CID agents and stated he had additional information. During a subsequent interview, he admitted giving the memorandum to Person A. HONBO also admitted that he knew what he did was unlawful.



Dated: June 17, 2008.

| | |
|---|---|
| FOR THE DEFENDANT | FOR THE UNITED STATES |
| *[signature]* | WILLIAM M. WELCH II |
| DAVID M. HONBO | Chief |
| Defendant | Public Integrity Section |
| | |
| *[signature]* | By: *[signature]* |
| ROBERT ALAN JONES | RICHARD B. EVANS |
| Counsel for the Defendant | JOHN P. PEARSON |
| | Trial Attorneys |
| | U.S. Department of Justice |
| | Criminal Division |
| | Public Integrity Section |
| | 10th & Constitution Ave., NW |
| | Bond Building |
| | Washington, DC 20530 |
| | (202) 514-1412 |
| | richard.b.evans@usdoj.gov |
| | john.pearson@usdoj.gov |