AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF Columbia

UNITED STATES OF AMERICA
V.

David M. Honbo

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-177

**FILED**
JUL 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, David M. Honbo, the above named defendant, who is accused of

Disclosure of Source Select Information

(41 USC 423(a), (e)(1)(B))

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Tuesday, July 22, 2008 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

22 July 2008