U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA   :
                v.   :
                                    :   Case No. 08-177
DAVID M. HONZO   :

**ORDER**

FILED
JUL 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __22nd__ day of __July__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __7/22/08__ by __Special Agent Charles Skinner__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SA Charles Skinner__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_Rosemary M. Collyer_
Judge (U.S. Magistrate)

DOJ USA-16-1-80